IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dory, David L  
Dory, Janet L  
Printed: 11/25/08

Case Number:  05 B 02004  
Judge:  Hollis, Pamela S  
Filed:  1/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 24, 2008  
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,736.00 |  |
| Secured: |  | 14,328.97 |
| Unsecured: |  | 1,002.33 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,519.00 |
| Trustee Fee: |  | 944.50 |
| Other Funds: |  | 941.20 |
| Totals: | 19,736.00 | 19,736.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,519.00 | 2,519.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 2,577.12 | 2,577.12 |
| 5. | Hinsdale Bank & Trust | Secured | 4,662.86 | 238.35 |
| 6. | Citizens Bank | Secured | 10,982.73 | 10,982.73 |
| 7. | CitiFinancial | Secured | 530.77 | 530.77 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 16.00 | 16.00 |
| 9. | Hinsdale Bank & Trust | Unsecured | 24.36 | 24.36 |
| 10. | Discover Financial Services | Unsecured | 642.94 | 642.94 |
| 11. | Citizens Bank | Unsecured | 160.17 | 160.17 |
| 12. | Resurgent Capital Services | Unsecured | 15.46 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 34.33 | 34.33 |
| 14. | RoundUp Funding LLC | Unsecured | 70.01 | 70.01 |
| 15. | Resurgent Capital Services | Unsecured | 15.46 | 15.46 |
| 16. | Nicor Gas | Unsecured | 39.06 | 39.06 |
| 17. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Col/Debt Collection Systems | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | AMCA | Unsecured |  | No Claim Filed |
| 26. | Nuway | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dory, David L | Case Number: 05 B 02004 |
| | Dory, Janet L | Judge: Hollis, Pamela S |
| | Printed: 11/25/08 | Filed: 1/21/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 28. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Viking Collection | Unsecured | | No Claim Filed |
| 31. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 32. | Radiology & Nuclear | Unsecured | | No Claim Filed |
| 33. | Paul Atkenson MDSC | Unsecured | | No Claim Filed |
| 34. | O'reilly Medical Consultants | Unsecured | | No Claim Filed |
| 35. | Revenue Management | Unsecured | | No Claim Filed |
| | | | $ 22,290.27 | $ 17,850.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 80.96 |
| 3% | 45.21 |
| 5.5% | 251.18 |
| 5% | 50.60 |
| 4.8% | 145.73 |
| 5.4% | 301.13 |
| 6.5% | 68.60 |
| 6.6% | 1.09 |
| | $ 944.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

